**B6A (Official Form 6A) (12/07)**

In re:  **Ann Marie Banicki-Fockler**

Case No. _____

(If known)

Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **homestead located at 3905 Thorn Road, Walkerton, IN 46574** | **Co-Tenant** | **J** | **$ 110,000.00** | **$ 105,000.00** |
| | Total | ➤ | **$ 110,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Ann Marie Banicki-Fockler**                   ,            Case No. _____

Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | cash | | 150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household furnishings | | 2,000.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | lawnmower | | 150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | | 300.00 |
| 7. Furs and jewelry. | | jewelry | | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Ann Marie Banicki-Fockler**

Case No. _____

Debtor

(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Dodge Caravan (200K miles) | | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___1___ continuation sheets attached           Total ▸           **$ 3,200.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Ann Marie Banicki-Fockler**
　　　　　　　　　　　　　　　　　　Debtor

**Case No.** _____
　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2000 Dodge Caravan (200K miles) | Ind. Code § 34-55-10-2(c )(2) or 100% of fair market value | 500.00 | 500.00 |
| cash | Ind. Code § 34-55-10-2(c)(3) or 100% of fair market value | 150.00 | 150.00 |
| homestead located at 3905 Thorn Road, Walkerton, IN 46574 | Ind. Code § 34-55-10-2(c)(1) or 100% of fair market value | 17,600.00 | 110,000.00 |
| household furnishings | Ind. Code § 34-55-10-2(c )(2) or 100% of fair market value | 2,000.00 | 2,000.00 |
| jewelry | Ind. Code § 34-55-10-2(c )(2) or 100% of fair market value | 100.00 | 100.00 |
| lawnmower | Ind. Code § 34-55-10-2(c )(2) or 100% of fair market value | 150.00 | 150.00 |
| wearing apparel | Ind. Code § 34-55-10-2(c )(2) or 100% of fair market value | 300.00 | 300.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (4/10)

In re   **Ann Marie Banicki-Fockler**                                        **Case No.** _____
                              Debtor                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re  **Ann Marie Banicki-Fockler** _____,  Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |

| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re    Ann Marie Banicki-Fockler                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****2505 <br><br> Allied Interstate, Inc. <br> 300 Corporate Exchange Drive <br> Columbus OH 43231 | | | collection for Embargo Corporation | | X | | 402.00 |
| ACCOUNT NO. <br><br> Beneficial/ HSBC <br> PO Box 4153 <br> Carol Streal IL 60197 | X | | | | | | 0.00 |
| ACCOUNT NO.    ****9038 <br><br> Byron Holm, MD <br> 2855 Miller Dr. <br> Suite 117 <br> Plymouth, IN 46563 <br><br> IMC Credit Services <br> PO Box 20636 <br> Indianapolis, IN 46620-0636 | | | medical | | X | | 200.00 |
| ACCOUNT NO.    ****9156 <br><br> Capital One <br> PO Box 30285 <br> SLC, UT 84130-0285 <br><br> Blatt, Hasenmiller, Leibsker, & Moore <br> 125 S. Wacker Drive #400 <br> Choicago IL 60606-4440 | | | credit card | | X | | 11,100.00 |

8   Continuation sheets attached

Subtotal  ⮕  $          11,702.00

Total  ⮕  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    __Ann Marie Banicki-Fockler__                            Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****0199 <br><br>**CBM Account Services** <br>**1320 Mishawaka Avenue** <br>**South Bend, IN 46615** | | | collection for St. Joseph Medical Center Plymouth | | X | | 225.00 |
| ACCOUNT NO.    ****1468 <br><br>**Direct TV** <br>**PO Box 78626** <br>**Pheonix AZ 85062-8626** <br><br>**Allied Interstate, Inc.** <br>**PO Box 1962** <br>**Southgatge MI 48195-0962** | | | account | | X | | 495.00 |
| ACCOUNT NO.    ****0247 <br><br>**First Premier Bank** <br>**PO Box 5147** <br>**Sioux Falls SD 57117-5147** | | | credit card | | X | | 600.00 |
| ACCOUNT NO.    ****1098 <br><br>**First Source Bank** <br>**PO Box 1602** <br>**South Bend IN 46634** | | | 11/23/2009 <br>overdraft | | X | | 393.00 |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  **1,713.00**

Total ➤  $

(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ann Marie Banicki-Fockler**                                    Case No. _____
                                      Debtor                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      ****8681 <br><br> **First Source Healthcare** <br> **1900 W. Severs Road** <br> **LaPorte IN 46350** <br><br><br> **LaPorte Medical Center** <br> **PO Box 1539** <br> **LaPorte, IN 46352-1539** | | | successor to LPH Medical | | X | | 36.00 |
| ACCOUNT NO.      ****8581 <br><br> **Great Lakes Educational Service** <br> **2401 International Lane** <br> **Madison, WI 53704-3192** | | | education loans | | X | | 20,462.00 |
| ACCOUNT NO.      ****2707 <br><br> **Indiana Farm Bureau Insurance** <br> **PO Box 1250** <br> **Indianapolis, IN 46206-1250** | | | earned premium | | X | | 37.00 |
| ACCOUNT NO.      50C01 0908 DR 00074 <br><br> **John P. Fockler** <br> **5034 Rosewood Road** <br> **Plymouth IN 46563** <br><br><br> **Ralph R. Huff, ESQ.** <br> **550 E. Jefferson Street** <br> **Plymouth, IN 46563** | | | property settlement (judgment) | | X | | 1,200.00 |

Sheet no.  2 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $    **21,735.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ann Marie Banicki-Fockler**
                                         Debtor

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Lifeplex Urgent Care % NCO PO Box 15270 Wilmington, DE 19850** | | W | medical | | | | 116.00 |
| ACCOUNT NO.  ***9761  **Memorial Home Care 3355 Douglas Road South Bend, IN 46635** | | | medical | | X | | 350.00 |
| ACCOUNT NO.  ****1277  **Memorial Hospital 615 N. Michigan Street South Bned IN 46601** | | | medical | | X | | 2,000.00 |
| ACCOUNT NO.  ****7730  **Michiana Family Medicine 6349 University Commons South Bend IN 46635** | | | medical | | X | | 10.00 |
| ACCOUNT NO.  ****6142  **Michiana OMFS, LLC PO Box 712158 Cincinnati, OH 45271** | | | medical | | X | | 170.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ **2,646.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ann Marie Banicki-Fockler**                              Case No. _____
                          **Debtor**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****4612 <br><br> **Overmyer Water** <br> **1100 W. Jefferson Street** <br> **Plymouth, IN 46563** | | | account | | X | | 64.00 |
| ACCOUNT NO.    ****7151 <br><br> **Preventive Medicine, PC** <br> **212 W. Edison Road, Suite B** <br> **Mishawaka, IN 46545** | | | medical | | | | 180.00 |
| ACCOUNT NO.    ****7080 <br><br> **Radiologic Associates** <br> **825 E. Lincolnway** <br> **Valpariso, IN 46383** | | | medical | | X | | 42.00 |
| ACCOUNT NO.    ****2100 <br><br> **Ralph Carbone, DO** <br> **PO Box 2754** <br> **South Bend, IN 46680** <br><br><br> **United Recovery Systems** <br> **18525 Torrence Ave., Suite C-6** <br> **Lansing, IL 60438** | | | medical | | X | | 220.00 |

Sheet no. 4 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  **506.00**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Ann Marie Banicki-Fockler
                          Debtor

Case No. _____
                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****0016 <br><br> S & L Services, Inc. <br> 330 Liberty Street <br> Walkerton, IN 46574 | | | account | | X | | 125.00 |
| ACCOUNT NO. <br><br> Saint Joseph Physicians Network <br> PO Box 60309 <br> South Bend IN 46660 | | | medical | | X | | 350.00 |
| ACCOUNT NO.    ****1762 <br><br> South  Bend Medical Foundation <br> 530 N. Lafayette Blvd. <br> South Bend IN 46601-1098 <br><br> Helvey & Associates <br> 1015 E. Center Street <br> Warsaw IN 46580-3497 | | | medical | | X | | 1,450.00 |
| ACCOUNT NO.    ****4049 <br><br> South Bend Clinic <br> 221 N. Eddy Street <br> South Bend IN 46615 | | | medical | | X | | 200.00 |

Sheet no.  5 of 8 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $  **2,125.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ann Marie Banicki-Fockler**                                    Case No. _____

                              Debtor                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ****0871<br><br>St. Joseph Medical Center<br>Patient Financial Services<br>PO Box 1935<br>South Bend IN 46634<br><br>CBCS<br>PO Box 165025<br>Columbus OH 43216-5025 | | | medical | | X | | 1,100.00 |
| ACCOUNT NO.  ****6788<br><br>Thomas Pedavoli, DDS<br>PO Box 1049<br>Plymouth, IN 46563 | | | professional services | | X | | 130.00 |
| ACCOUNT NO.  ****0095<br><br>TRS Recovery Services, Inc.<br>PO Box 60012<br>City of Industry, CA 91716-0012 | | | 10/15/2009<br>successor to Walmart-NSF check | | X | | 110.15 |
| ACCOUNT NO.  ****1222<br><br>TRS Recovery Services, Inc.<br>PO Box 173809<br>Denver, CO 80217 | | | 02/20/2009<br>collection for Dollar General Store-NSF check | | | | 20.00 |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **1,360.15**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ann Marie Banicki-Fockler**                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****8418 | | | | | X | | 3,200.00 |
| **Verizon Wireless** 777 Big Timber Road Elgin IL 60123 | | | cell phone | | | | |
| **Bureau of Collection    Recovery** 7575 Corporate Way Eden Prarie MN 55344 | | | | | | | |
| ACCOUNT NO.    ****2948 | | | | | X | | 750.00 |
| **Washington Mutual Card Services** PO Box 9016 Pleasanton CA 94566-9016 | | | credit card | | | | |
| **WA MU** PO Box 99604 Arlington, TX 76096-9604 | | | | | | | |
| ACCOUNT NO.    ****7880 | | | | | X | | 565.00 |
| **Wells Fargo Bank** PO Box 522 Des Moines IA 50306-0522 | | | credit card | | | | |
| **Bureau of Collection    Recovery** 7575 Corporate Way Eden Prarie MN 55344 | | | | | | | |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤    $              **4,515.00**

Total    ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Ann Marie Banicki-Fockler_____
                          **Debtor**

Case No. ____ _____ _____
                    **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    ****0154 <br><br>**Wells Fargo Bank** <br>**PO Box 522** <br>**Des Moines IA 50306-0522** <br><br><br>**Collection Bureau of Hudson Valley** <br>**PO Box 3495** <br>**Toledo, OH 43607** | | | credit card | | X | | 7,200.00 |
| ACCOUNT NO.    ***7928 <br><br>**X-Ray Consultsants** <br>**PO Box 4016** <br>**South Bend IN 46634** | | | medical | | X | | 46.00 |

Sheet no. _8_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 7,246.00

Total ➤ $ | 53,548.15

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Ann Marie Banicki-Fockler**                                    Case No.  _____
                                    **Debtor**                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **S & L Services, Inc.**<br>**330 Liberty Street**<br>**Walkerton, IN 46574** | **home securityservice** |

B6H (Official Form 6H) (12/07)

In re: **Ann Marie Banicki-Fockler**                                           Case No. _____
                                    Debtor                                                                      (if known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Fockler**<br>**5022 Rose Road**<br>**Plymouth, IN 46563** | **Benefical/ HSBC**<br>**PO Box 4153**<br>**Carol Streal IL 60197** |
| **John Fockler**<br>**5022 Rose Road**<br>**Plymouth, IN 46563** | **Policeman's Federal Credit Union**<br>**1130 South Main Street**<br>**South Bend, IN 46601** |
| **John Fockler**<br>**5022 Rose Road**<br>**Plymouth, IN 46563** | **Wachovia Dealer Services**<br>**PO Box 25341**<br>**Santa Ana, CA 92799-5341** |

B6I (Official Form 6I) (12/07)

In re  **Ann Marie Banicki-Fockler**                                    **Case No.** _____
                                    **Debtor**                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **marrried** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): | | AGE(S): |
| | daughter | | 12 |
| | daughter | | 10 |
| | daughter | | 7 |
| | stept daughter | | 8 |
| | stept son | | 12 |
| | son | | 4 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | cleaning | dry wall/construction |
| Name of Employer | Professional Cleaning Services | Various Construction Projects |
| How long employed | 3 mo. | 13 years |
| Address of Employer | Queen Road Culver, IN | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 866.67 | $ 2,166.67 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 866.67 | $ 2,166.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 0.00 | $ 650.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 650.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 866.67 | $ 1,516.67 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) **food stamps** | $ 200.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |

B6I (Official Form 6I) (12/07) - Cont.

In re  **Ann Marie Banicki-Fockler**                                      Case No. _____

                                    **Debtor**                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | | |
|---|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 200.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,066.67 | $ | 1,516.67 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,583.33 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Ann Marie Banicki-Fockler**                                                    Case No. _____
                                          **Debtor**                                                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?    Yes  ✓    No _____ | | |
|     b. Is property insurance included?    Yes  ✓    No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 45.00 |
|     d. Other **trash** | $ | 20.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 45.00 |
|     e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **husbands seperate accounts** | $ | 300.00 |
|     **personal items** | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,525.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 2,583.34 |
|     b. Average monthly expenses from Line 18 above | $ | 1,525.00 |
|     c. Monthly net income (a. minus b.) | $ | 1,058.34 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Ann Marie Banicki-Fockler**                                      Case No. _____
                                  **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _3 - 4 - 2011_                    Signature: _Ann Banicki-Fockler_
                                                            **Ann Marie Banicki-Fockler**
                                                                            Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._